**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH AWALT, as Administrator of the ESTATE OF ROBERT AWALT, </br></br> Plaintiff, </br></br> v. </br></br> RICK MARKETTI, as Administrator of the ESTATE OF TERRY MARKETTI, *et al.*, </br></br> Defendants. | No. 11 C 6142 </br></br> Hon. Thomas M. Durkin, </br> District Judge |

## NOTICE OF FILING OF EXHIBIT

Plaintiff ELIZABETH AWALT, by her attorneys, LOEVY & LOEVY, hereby files as an exhibit in support of Plaintiff and Grundy County's Joint Motion to Dismiss County Defendants and for a Finding of Good Faith, Doc. No. 449, the revised settlement agreement between Plaintiff and the Grundy County Defendants attached as Exhibit A.

                                                                    RESPECTFULLY SUBMITTED,

                                                                    /s/ Steven Art
                                                                    *Attorney for Plaintiff*

Arthur Loevy
Michael Kanovitz
Anand Swaminathan
Cindy Tsai
Steven Art
Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com

## **CERTIFICATE OF SERVICE**

I, Steven Art, an attorney, certify that on July 21, 2015, I caused the foregoing NOTICE OF FILING OF EXHIBIT to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

       /s/ Steven Art
      *Attorney for Plaintiff*

Arthur Loevy
Michael Kanovitz
Jon Loevy
Anand Swaminathan
Cindy Tsai
Steven Art
Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com