**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH AWALT, as Administrator of the Estate of ROBERT AWALT, | |
| | No. 11 C 06142 |
| Plaintiff, | |
| v. | Hon. Thomas M. Durkin, District Judge |
| CORRECTIONAL HEALTHCARE COMPANIES, INC., and HEALTH PROFESSIONALS, LTD., | JURY TRIAL DEMANDED |
| Defendants. | |

**EXHIBITS TO PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS**

Exhibit A     Settlement Agreement (*filed under seal*)

Exhibit B     Joint Fee Statement

Exhibit C     Plaintiff's Revised Fee Statement

Exhibit D     Declaration of Arthur Loevy

Exhibit E     Declaration of Michael Kanovitz

Exhibit F     Declaration of Jon Loevy

Exhibit G     Declaration of Dan Twetten

Exhibit H     Declaration of Joel Feldman

Exhibit I     Declaration of Elizabeth Wang

Exhibit J     Declaration of Anand Swaminathan

Exhibit K     Declaration of Steven Art

Exhibit L     Declaration of Frank Newell

Exhibit M      Declaration of Cindy Tsai

Exhibit N      Declaration of Julie Goodwin

Exhibit O      Declaration of Sarah Grady

Exhibit P      Declaration of Thomas Kayes

Exhibit Q      Declaration of Sean Goodwin

Exhibit R      Declaration of Sam Heppell

Exhibit S      Declarations of Loevy & Loevy Paralegals

Exhibit T      Affidavit of Professor Theodore Eisenberg

Exhibit U      *Fox v. Barnes*, Joint Fee Statement

Exhibit V      *Delgado v. Mak*, Joint Fee Statement

Exhibit W      *Foltin v. Ugarte*, Fee Award

Exhibit X      *Dominguez v. Hendley*, Gibson Dunn Bill

Exhibit Y      *PLN v. Schwarzenegger*, Fee Award

Exhibit Z      *Dominguez v. Hendley*, Affidavit of Block

Exhibit AA      *Laffey* Matrix

Exhibit BB      Expert Opinion of Bruce Meckler, Esq.

Exhibit CC      Plaintiff's Time Records (*submitted for* in camera *review*)

Exhibit DD      Defendants Time Records (*submitted for* in camera *review*)

Exhibit EE      Records of Plaintiff's Costs (*submitted for* in camera *review*)

/s/ Michael Kanovitz
Michael Kanovitz

*Attorneys for Plaintiff*
Arthur Loevy
Mike Kanovitz
Steven Art
Anand Swaminathan
Sarah Grady
Cindy Tsai
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Michael Kanovitz, an attorney, hereby certify that on November 1, 2016, I caused the

foregoing EXHIBITS TO PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS

to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

RESPECTFULLY SUBMITTED,

  /s/ Michael Kanovitz
*One of Plaintiff's Attorneys*

Arthur Loevy
Mike Kanovitz
Steven Art
Anand Swaminathan
Sarah Grady
Cindy Tsai
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

3