# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Elizabeth Awalt, as Administrator of the Estate
      Plaintiff(s)

v.

Rick Marketti, as Administrator of the Estate of
      Defendant(s)

Case No. 11 C 6142

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ _____,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: The Court awards Plaintiff's counsel a total of $3,172,650.00 in fees, and $106,477.72 in expenses, for a grand total award of $3,279,127.72.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Thomas M. Durkin a motion for fees and expenses.

Date: 5/23/2018

Thomas G. Bruton, Clerk of Court

/s/ Sandy Newland_____, Deputy Clerk